**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action File No. _____ <br> ) |
| ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Rule 87 of the Local Rules for the United States District Court for the Middle District of Georgia, Plaintiff Chattahoochee Riverkeeper, Inc. ("CRK") states the following:

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Plaintiff CRK; Defendants Aspire at Old Guard, LLC and SCorUSA, LLC. No parent corporation or publicly-held corporation owns 10% or more of CRK stock.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which would be substantially affected by the outcome of this particular case: CRK believes that members of the Defendants may include the following individual(s): Steven W. Corbett and Dan Nibblett.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.  For Plaintiff CRK: Andrew M. Thompson and Laura Jimenez Garcia of Smith, Gambrell & Russell, LLP. For Defendants: unknown.

This 22nd day of May, 2026.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Andrew M. Thompson*
Andrew M. Thompson
Georgia Bar No. 707319

***Attorney for Plaintiff Chattahoochee Riverkeeper, Inc.***

1105 W. Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Facsimile: (404) 685-7001
athompson@sgrlaw.com