AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION**

| | |
|---|---|
| **CHATTAHOOCHEE RIVERKEEPER, INC.** )<br><br>*Plaintiff(s)* )<br>v. )<br>**ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC** )<br><br>*Defendant(s)* ) | Civil Action No.  **4:26-cv-855-CDL** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Aspire at Old Guard, LLC**
> c/o Registered Agent, Dan Nibblett,
> 8204 Cooper Creek Road
> Columbus, Georgia 31909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Andrew M. Thompson**
> **Smith, Gambrell & Russell, LLP**
> **1105 W. Peachtree Street NE, Suite 1000, Atlanta, Georgia 30309**
> **Telephone: (404) 815-3500 / Facsimile: (404) 685-7001**
> **athompson@sgrlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  05/22/2026

s/Elizabeth Long

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:26-cv-855-CDL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                                    _____
                                                         *Printed name and title*


                                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc: