AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION**

| | |
|---|---|
| **CHATTAHOOCHEE RIVERKEEPER, INC.** )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>**ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC** )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No.  4:26-cv-855-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Aspire at Old Guard, LLC**
> c/o Registered Agent, Dan Nibblett,
> 8204 Cooper Creek Road
> Columbus, Georgia 31909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Andrew M. Thompson**
> **Smith, Gambrell & Russell, LLP**
> **1105 W. Peachtree Street NE, Suite 1000, Atlanta, Georgia 30309**
> **Telephone: (404) 815-3500 / Facsimile: (404) 685-7001**
> **athompson@sgrlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   05/22/2026                           s/Elizabeth Long

                                             *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Don Niblett

was received by me on *(date)* 5/26/2026 .

☒ I personally served the summons on the individual at *(place)* 8204 Cooper Creek Rd
Columbus, GA 31909 on *(date)* 6/2/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, complaint with exhibit (60 day notice) and corporate disclosure statement.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/3/2026

_____
Server's signature

Leigh Brooks - Process Server
Printed name and title

P.O. Box 22
Cataula, GA 31804

_____
Server's address

Additional information regarding attempted service, etc: