# UNITED STATES DISTRICT COURT
for the
### MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | | |
|---|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  4:26-cv-855-CDL |
| v. | ) ) | |
| ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC | ) ) ) | |
| *Defendant(s)* | ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **Aspire at Old Guard, LLC**
> c/o Registered Agent, Dan Nibblett,
> 8204 Cooper Creek Road
> Columbus, Georgia 31909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Andrew M. Thompson**
> **Smith, Gambrell & Russell, LLP**
> **1105 W. Peachtree Street NE, Suite 1000, Atlanta, Georgia 30309**
> **Telephone: (404) 815-3500 / Facsimile: (404) 685-7001**
> **athompson@sgrlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/22/2026

s/Elizabeth Long

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* _Don Niblett_

was received by me on *(date)* _5/26/2026_ .

☑ I personally served the summons on the individual at *(place)* _8204 Cooper Creek Rd_
_Columbus, GA 31909_ on *(date)* _6/2/2026_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons, complaint with exhibit (60 day notice) and corporate disclosure statement.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _6/3/2026_

_____
_A Brooks_
Server's signature

_Leigh Brooks - Process Server_
Printed name and title

_P.O. Box 22_
_Cataula, GA 31804_
Server's address

Additional information regarding attempted service, etc: