# UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION**

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC. <br><br><br> *Plaintiff(s)* <br> v. <br><br> ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  4:26-cv-855-CDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> SCorUSA, LLC
> c/o Registered Agent, Dan Nibblett,
> 8204 Cooper Creek Road
> Columbus, Georgia 31909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew M. Thompson
> Smith, Gambrell & Russell, LLP
> 1105 W. Peachtree Street NE, Suite 1000, Atlanta, Georgia 30309
> Telephone: (404) 815-3500 / Facsimile: (404) 685-7001
> athompson@sgrlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/22/2026

s/Elizabeth Long

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Dan Niblett___

was received by me on *(date)* ___5/26/2026___.

☑ I personally served the summons on the individual at *(place)* ___8204 Cooper Creek Rd___
___Columbus, GA 31909___ on *(date)* ___6/2/2026___ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

X❏ Other *(specify):*   Summons, complaint with exhibit (60 day notice) and corporate disclosure statement.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___6/9/2026___

___Server's signature___

___Leigh Brooks - Process Server___
___Printed name and title___

___P.O. Box 22___
___Cataula, GA 31804___
___Server's address___

Additional information regarding attempted service, etc: