IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHATTAHOOCHEE RIVERKEEPER, INC.,　*
　　　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　 *　Case No.: 4:26-cv-00855-CDL
　　　　　　　　　　　　　　　　　　*
ASPIRE AT OLD GIARD, LLC, and　　　*
SCORUSA, LLC,　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　Defendants.　　　　　　　　 *

## ENTRY OF APPEARANCE

Pursuant to Local Rule 83.1.3, Thomas F. Gristina of the law firm Page, Scrantom, Sprouse, Tucker & Ford, P.C. hereby requests that the Court enter his name as attorney of record for Defendants Aspire at Old Guard, LLC and SCorUSA, LLC.  The Clerk of the Court is requested to record this entry of appearance and to reflect the same on all appropriate court dockets, calendars, and other records.

This 8th day of June, 2026.

　　　　　　　　　　　　　　PAGE, SCRANTOM, SPROUSE,
　　　　　　　　　　　　　　TUCKER & FORD, P.C.

　　　　　　　　　　　　　　By: */s/ Thomas F. Gristina*
　　　　　　　　　　　　　　　　Thomas F. Gristina
　　　　　　　　　　　　　　　　Ga. Bar. No.: 452454
　　　　　　　　　　　　　　　　tgristina@pagescrantom.com
　　　　　　　　　　　　　　　　1111 Bay Avenue, Third Floor
　　　　　　　　　　　　　　　　P.O. Box 1199
　　　　　　　　　　　　　　　　Columbus, Georgia 31902
　　　　　　　　　　　　　　　　(706) 324-0251

　　　　　　　　　　　　　　*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This 8th day of June, 2026.

*/s/ Thomas F. Gristina*
Counsel for Defendants