IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., <br><br>    Plaintiff<br><br>v.<br><br>ASPIRE AT OLD GUARD, LLC, SCORUSA, LLC, AND STEVEN W. CORBETT,<br><br>    Defendants. | Case No. 4:26-cv-00855-CDL |

## ENTRY OF APPEARANCE

Pursuant to Local Rule 83.1.3, Lewis B. Jones of the law firm Jones Fortuna LLC requests that the Court enter his name as attorney of record for Defendants Aspire at Old Guard, LLC, SCorUSA, LLC, and Steven W. Corbett. The Clerk of the Court is requested to record this entry of appearance and to reflect the same on all appropriate court dockets, calendars, and other records.

This 16th day of June, 2026,

**JONES FORTUNA LLC**

*/s/ Lewis B. Jones*
Georgia Bar No. 402498
111-A New Street
Decatur, GA 30030
404-862-3234
ljones@jonesfortuna.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This 8th day of June, 2026,

/s/Lewis B. Jones
Counsel for Defendants