# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| Chattahoochee Riverkeeper, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:26cv00855CDL |
| Aspire at Old Guard, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aspire at Old Guard, LLC, SCorUSA, LLC, and Steven W. Corbett

Date:     06/17/2026

_____
*Attorney's signature*

Mathieu Erramuzpe, GA Bar No. 795208
*Printed name and bar number*

Jones Fortuna LLC
111 New Street, Suite A
Decatur, GA 30030

*Address*

merramuzpe@jonesfortuna.com
*E-mail address*

(404) 282 4725
*Telephone number*

*FAX number*