**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 4:26-cv-00855-CDL |
| | ) | |
| ASPIRE AT OLD GUARD, LLC; SCORUSA, LLC; | ) | |
| and STEVEN W. CORBETT, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Rule 83.1.3, Laura Jimenez Garcia of the law firm Smith, Gambrell & Russell, LLP requests that the Court enter her name as an attorney of record for Plaintiff Chattahoochee Riverkeeper, Inc. The Clerk of the Court is requested to record this entry of appearance and to reflect the same on all appropriate court dockets, calendars, and other records.

This 16th day of June, 2026.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ Laura Jimenez Garcia*
Laura Jimenez Garcia
Georgia Bar No. 204355

*Attorney for Plaintiff Chattahoochee Riverkeeper, Inc.*

1105 W. Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 815-3500
ljimenezgarcia@sgrlaw.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 4:26-cv-00855-CDL |
| | ) | |
| ASPIRE AT OLD GUARD, LLC; SCORUSA, | ) | |
| LLC; and STEVEN W. CORBETT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This 16th day of June, 2026.

*/s/ Laura Jimenez Garcia*
Laura Jimenez Garcia
Georgia Bar No. 204355
ljimenezgarcia@sgrlaw.com

*Attorney for Plaintiff Chattahoochee Riverkeeper, Inc.*

3