## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action File No. 4:26-cv-00855-CDL |
| ASPIRE AT OLD GUARD, LLC; and SCORUSA, LLC, and STEVEN W. CORBETT, | ) ) ) ) | |
| Defendants. | ) ) | |

### ACKNOWLEDGMENT AND WAIVER OF SERVICE

The undersigned counsel, who is authorized by, and acting for and on behalf of Defendant Steven W. Corbett, does hereby acknowledge service of the Summons and First Amended Complaint and Petition for Injunctive Relief in the above-styled matter on Defendant Steven W. Corbett and does hereby waive any other method of service, and any and all defenses as to insufficient service or insufficient service of process that could be asserted by Defendant Steven W. Corbett. This Acknowledgment and Waiver of Service is effective as of June 18, 2026.

This 18th day of June, 2026.

JONES FORTUNA LLC

*/s/ Lewis B. Jones*

Lewis B. Jones
Georgia Bar No. 402498
111-A New Street
Decatur, GA 30030
404-862-3234
ljones@jonesfortuna.com

*Attorney for Defendant Steven W. Corbett*

2