**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

CHATTAHOOCHEE RIVERKEEPER, INC.,

    Plaintiff,

v.

ASPIRE AT OLD GUARD, LLC;
SCORUSA, LLC; and STEVEN W.
CORBETT,

    Defendants.

Civil Action No. 4:26-cv-00855-CDL

**STIPULATION FOR EXTENSION OF TIME**
**TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 6.1, Plaintiff Chattahoochee Riverkeeper, Inc. and Defendants Aspire at Old Guard, LLC, SCorUSA, LLC, and Steven W. Corbett hereby stipulate to an extension of time for Defendants to respond to the First Amended Complaint (ECF 9), to and including July 27, 2026. This stipulation is the first extension of time related to the First Amended Complaint, does not exceed the original answer deadline for any Defendant by more than thirty days, and therefore does not require approval of the Court.

\*    \*    \*

Respectfully submitted this 18th day of June, 2026.

/s/ Andrew M. Thompson
Andrew M. Thompson
  Georgia Bar No. 707319
Laura Jimenez Garcia
  Georgia Bar No. 204355
Smith, Gambrell & Russell, LLP
1105 W. Peachtree Street NE
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
athomspon@sgrlaw.com
ljimenezgarcia@sgrlaw.com

*Counsel for Plaintiff*

/s/ Lewis B. Jones
Lewis B. Jones
  Georgia Bar No. 402498
Mathieu M. Erramuzpe
  Georgia Bar No. 795208
Jones Fortuna LLC
111 New Street, Suite A
Decatur, GA 30030
Telephone: (404) 850-3835
ljones@jonesfortuna.com
merramuzpe@jonesfortuna.com

/s/ Thomas F. Gristina
Thomas F. Gristina
  Georgia Bar No. 452454
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
PO Box 1199
Columbus, GA 31902
Telephone: (706) 324-0251
tgristina@pagescrantom.com

*Counsel for Defendants*