**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASPIRE AT OLD GUARD, LLC; SCORUSA, LLC; and STEVEN W. CORBETT,<br><br>Defendants. | Civil Action No. 4:26-cv-00855-CDL |

**CONSENT MOTION FOR EXTENSION OF LITIGATION DEADLINES**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants Aspire at Old Guard, LLC; SCorUSA, LLC; and Steven W. Corbett respectfully move the Court to extend by thirty (30) days all deadlines pending in this action, such that (1) Defendants would have until August 26, 2026, to answer or otherwise respond to the First Amended Complaint (ECF 9), and (2) the parties would have until September 2, 2026, to file their joint Proposed Scheduling/Discovery Order. Good cause exists because the parties are engaged in settlement discussions and an extension would allow for additional time and resources to be dedicated toward resolving this dispute. The undersigned counsel have conferred with counsel for Plaintiff, who consented to this Motion.

Respectfully submitted this 23rd day of July, 2026.

*/s/ Lewis B. Jones*
Lewis B. Jones
Georgia Bar No. 402498
Mathieu M. Erramuzpe
Georgia Bar No. 795208
Jones Fortuna LLC
111 New Street, Suite A
Decatur, GA 30030
Telephone: (404) 850-3835
ljones@jonesfortuna.com
merramuzpe@jonesfortuna.com

*/s/ Thomas F. Gristina*
Thomas F. Gristina
Georgia Bar No. 452454
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
PO Box 1199
Columbus, GA 31902
Telephone: (706) 324-0251
tgristina@pagescrantom.com

*Counsel for Defendants*