PageScrantom

Page, Scrantom, Sprouse, Tucker & Ford, P.C.

**THOMAS F. GRISTINA**
DIRECT (706) 243-5616
FAX (706) 243-0417
EMAIL tgristina@pagescrantom.com

ALSO ADMITTED IN VIRGINIA
AND THE DISTRICT OF COLUMBIA

November 10, 2026

**BY CM/ECF**

Clerk of Court
United States District Court
For the Middle District of Georgia
U.S. Post Office and Court House
120 12th Street
P.O. Box 124
Columbus, GA 31902

**Re:** ***Chattahoochee Riverkeeper, Inc. v. Aspire at Old Guard, LLC, et al.***
**USDC for the Middle District of Georgia, Columbus Division**
**Case No. 4:26-cv-00855-CDL**

Dear Clerk:

Pursuant to Local Rule 6.2, Defendants Aspire at Old Guard, LLC, SCorUSA, LLC, and Steven W. Corbett respectfully request a fourteen (14) day extension of time to file their response in opposition to Plaintiff's Motion to Compel Production of Documents from the Defendants [ECF No. 27]. Plaintiff's Motion to Compel was filed on October 26, 2026. This is Defendants' first request for an extension, and it would extend the current November 16, 2026 deadline to Monday, November 30, 2026.

Your assistance is much appreciated.

Sincerely,

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: ***Thomas F. Gristina***
Thomas F. Gristina

TFG/lw
cc (via CM/ECF): Counsel of Record